IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.  No. 12-1274

OUR LITTLE SECRET d/b/a DEBBIE'S
NEED FOR BEADS, et al.,

    Defendants.

_____

ORDER TO SHOW CAUSE WHY CLAIMS
SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
_____

    The complaint of the Plaintiffs, Coach, Inc. and Coach Services, Inc., who are represented by counsel, was filed on November 29, 2012 against the Defendants, Our Little Secret d/b/a Debbie's Need for Beads, Debbie Lewis Stockdale, Ramiah McDougal, and John Does. Summonses were issued the following day and returned executed as to Our Little Secret, Stockdale and McDougal on December 11, 2012, indicating a service date of December 8. According to the docket, no answers have been filed or appearances made on behalf of the named Defendants. Nonetheless, the Plaintiffs have failed to seek default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. The Plaintiffs are hereby directed to show cause, within eleven (11) days of the entry of this order, why their claims against these Defendants should not be dismissed for failure to prosecute in accordance with Fed. R. Civ. P. 41. Failure to timely respond to this order may result in dismissal of Plaintiffs' claims against Our Little Secret d/b/a Debbie's Need for Beads, Debbie Lewis Stockdale and Ramiah McDougal.

IT IS SO ORDERED this 15th day of February 2013.

                                                                    s/ J. DANIEL BREEN
                                                                    UNITED STATES DISTRICT JUDGE