# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION, JACKSON

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| - v. - | )<br>) |
| OUR LITTLE SECRET, D/B/A DEBBIE'S NEED FOR BEADS, DEBBIE LEWIS STOCKDALE, OWNER, OFFICER, DIRECTOR OR MANAGER OF OUR LITTLE SECRET, DEBBIE LEWIS STOCKDALE, RAMIAH MCDOUGAL, CO-OWNER, OFFICER, DIRECTOR OR MANAGER OF OUR LITTLE SECRET, RAMIAH MCDOUGAL and JOHN DOES 1-100, | )<br>)<br>) Civil Action No. : 1:12-cv-01274<br>)<br>)<br>) Judge: J. DANIEL BREEN<br>)<br>) Magistrate:<br>)<br>)<br>) Jury Demand Endorsed Hereon<br>) |
| Defendant(s). | ) |

## REQUEST TO CLERK TO ENTER DEFAULT

Now come Plaintiffs Coach, Inc. and Coach Services, Inc. (hereinafter collectively referred to as "Coach"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 55(A) and hereby move the Clerk to enter Default against Our Little Secret, Debbie Lewis Stockdale, and Ramiah McDougal. Plaintiffs filed the Complaint in the above-captioned matter on July 8, 2011. After summonses were issued by the Court, they were served upon Defendants Our Little Secret, Debbie Lewis Stockdale, and Ramiah McDougal on December 8, 2012. Verified proofs of service were submitted to this Court on or about December 11, 2012. (See Document Nos. 5-8)

Pursuant to Federal Rule of Civil Procedure 12, Defendants are required to answer or otherwise respond to the Complaint within 21 days after receipt of service, making Defendants' answers or responses due on or about January 2, 2013. To date, the undersigned has not received an answer to the Complaint. Accordingly, Plaintiffs request that the Clerk make an entry of default to permit the Plaintiffs to move for default judgment.

Respectfully submitted,

s/J. BRITT PHILLIPS
J. BRITT PHILLIPS (BPR# 20937)
**Sutter O'Connell Co.**
341 Cool Springs Blvd., Suite 430
Franklin, Tennessee 37067
Office: (615) 771-5008
Fax: (615) 771-1080
bphillips@sutter-law.com

*Attorney for Plaintiffs Coach and Coach Services Inc.*

# **CERTIFICATE OF SERVICE**

       I hereby certify that on February 21, 2013, a copy of the preceding **Motion for Default Judgment** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  I hereby certify that a true copy of Coach, Inc. and Coach Services, Inc.'s Motion for Default Judgment was forwarded via US Mail to:

Our Little Secret, d/b/a Debbie's Need for Beads
c/o Owner, Officer or Director
Freedom Center Flea Market Booth #21
193 7 East Wood Street
Paris TN  38242

Debbie Lewis Stockdale
Owner, Officer, Director or Manager of Our Little Secret
Freedom Center Flea Market Booth #21
193 7 East Wood Street
Paris TN  38242

Debbie Lewis Stockdale
150 Pinhurrst Lane
Paris TN 38242-7125

Ramiah McDougal
Co-Owner, Officer, Director or Manger of Our Little Secret
Freedom Center Flea Market Booth #21
193 7 East Wood Street
Paris TN  38242

Ramiah McDougal
180 Browning Drive
Paris TN  38242-5469

                                           s/J. BRITT PHILLIPS
                                           J. BRITT PHILLIPS