IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

Plaintiff(s)

vs.

No. 1:12-cv-1274-JDB/egb

OUR LITTLE SECRET d/b/a DEBBIE'S
NEED FOR BEADS, et al.,

Defendant(s)

CLERK'S ENTRY OF DEFAULT
as to Defendant's
Our Little Secret d/b/a Debbie's Need for Beads, Debbie Lewis Stockdale and
Ramiah McDougal

In conformity with Rule 55, Federal Rules of Civil Procedure, the defendant(s) Our Little Secret d/b/a Debbie's Need for Beads, Debbie Lewis Stockdale and Ramiah McDougal, are hereby declared to be in default to the plaintiffs, Coach, Inc. and Coach Services, Inc., having failed to timely respond to the Complaint filed in the United States District Court, Western District, Eastern Division on November 29, 2011. Defendants Our Little Secret d/b/a Debbie's Need for Beads, Debbie Lewis Stockdale and Ramiah McDougal having been served with a summons and complaint via certified mail and executed on December 8, 2012, and no answer or notice of appearance having been filed as of the date of this default.

Entered this 22nd day of February, 2013.

THOMAS M. GOULD
BY: s/Cassandra Ikerd, Deputy Clerk