# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION, JACKSON

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC. ) | |
| Plaintiffs, ) | |
| ) | |
| - v. - ) | **Civil Action No. : 1:12-cv-01274** |
| ) | |
| OUR LITTLE SECRET, D/B/A DEBBIE'S ) | |
| NEED FOR BEADS, DEBBIE LEWIS ) | |
| STOCKDALE, OWNER, OFFICER, ) | **Judge: J. DANIEL BREEN** |
| DIRECTOR OR MANAGER OF OUR LITTLE ) | |
| SECRET, DEBBIE LEWIS STOCKDALE, ) | **Magistrate:** |
| RAMIAH MCDOUGAL, CO-OWNER, ) | |
| OFFICER, DIRECTOR OR MANAGER OF ) | |
| OUR LITTLE SECRET, RAMIAH ) | **Jury Demand Endorsed Hereon** |
| MCDOUGAL and JOHN DOES 1-100, ) | |
| ) | |
| Defendant(s). ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

In response to this Court's Order (Doc. No. 9), Plaintiffs state they have obtained a Clerk's Entry of Default as to Defendants Our Little Secret, Debbie Lewis Stockdale, and Ramiah McDougal (Doc. No. 12). On February 26, 2013, Debbie Lewis Stockdale filed an Answer on her own behalf (Doc. No. 13). The filing also purports to answer on behalf of Our Little Secret, d/b/a Debbie's Need for Beads.[1] Based on this filing, Plaintiffs do not intend to move forward with default proceedings against Ms. Stockdale. However, it is Plaintiffs' position that the purported Answer does not change the status of the default proceedings against the remaining Defendants.

Plaintiffs are in the process of preparing a Motion for Default Judgment against Defendant Our Little Secret, d/b/a Debbie's Need for Beads, and Defendant Ramiah McDougal.

---

[1] Plaintiffs deny that Debbie Lewis Stockdale may file a *pro se* answer on behalf of Our Little Secret, as it appears to be a partnership or other business entity. See *Rowland v. California Men's Colony*, 506 U.S. 194, 202, 113 S.Ct. 716 (1993) (all artificial entities, such as corporations, partnerships, or associations, may only appear in federal court through a licensed attorney). See also *U.S. v. Bichard Farm Fam. Ltd. Partn.*, 2:07-CV-1261, 2009 WL 1686729 (S.D. Ohio 2009) ("A partnership may not be represented pro se, but must be represented by a licensed attorney.").

Plaintiffs will be prepared to file their Motion for Default Judgment on or before March 15, 2013.

Based on the foregoing, Plaintiffs are prosecuting and moving forward to obtain a judgment against Defendants.

Respectfully submitted,

s/J. BRITT PHILLIPS
J. BRITT PHILLIPS (BPR# 20937)
**Sutter O'Connell Co.**
341 Cool Springs Blvd., Suite 430
Franklin, Tennessee  37067
Office: (615) 771-5008
Fax:    (615) 771-1080
bphillips@sutter-law.com

*Attorney for Plaintiffs Coach and Coach Services Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2013, a copy of the preceding **Response to Order to Show Cause** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  I hereby certify that a true copy of Coach, Inc. and Coach Services, Inc.'s Motion for Default Judgment was forwarded via US Mail to:

Our Little Secret, d/b/a Debbie's Need for Beads
c/o Owner, Officer or Director
Freedom Center Flea Market Booth #21
193 7 East Wood Street
Paris TN  38242

Debbie Lewis Stockdale
Owner, Officer, Director or Manager of Our Little Secret
Freedom Center Flea Market Booth #21
193 7 East Wood Street
Paris TN  38242

Debbie Lewis Stockdale
150 Pinhurrst Lane
Paris TN 38242-7125

Ramiah McDougal
Co-Owner, Officer, Director or Manger of Our Little Secret
Freedom Center Flea Market Booth #21
193 7 East Wood Street
Paris TN  38242

Ramiah McDougal
180 Browning Drive
Paris TN  38242-5469

                                          s/J. BRITT PHILLIPS
                                          J. BRITT PHILLIPS