IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION


COACH, INC. and COACH SERVICES, INC.,

      Plaintiffs,

v.                                                        No. 12-1274

OUR LITTLE SECRET d/b/a DEBBIE'S
NEED FOR BEADS, et al.,

      Defendants.
_____

ORDER OF REFERENCE
_____

      Before the Court is the March 15, 2013 motion of the Plaintiffs for default judgment against Defendants Our Little Secret and Ramiah McDougal. (D.E. 15). In connection with the motion for default judgment, this matter is referred to the United States Magistrate Judge for a report and recommendation and, if necessary, to hold a hearing as to damages and other relief sought by the Plaintiffs. Any objections to the magistrate judge's report shall be made within fourteen (14) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. *See* Fed. R. Civ. P. 72.

      IT IS SO ORDERED this 18th day of March 2013.

      s/ J. DANIEL BREEN
      UNITED STATES DISTRICT JUDGE