IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|   |   |   |
|---|---|---|
| COACH INC., and COACH SERVICES, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | Case No. 1:12-cv-01274-JDB-egb |
| OUR LITTLE SECRET, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## SUPPLEMENTAL REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Brief in Support of Attorney's Fee Award, as requested by the Magistrate Judge on September 9, 2013. The Magistrate Judge finds that the fees requested are reasonable and the work performed was necessary and not duplicative. Plaintiff's counsel has submitted a detailed billing summary and an affidavit in support detailing the fees incurred. The Magistrate Judge therefore recommends that their request for attorney's fees in the amount of $9,612.50 be granted. The Magistrate Judge further finds that the Lanham Act provides for a recovery of "all costs" and therefore recommends that the Court order reimbursement of litigation costs in the requested amount of $350. Finally, the Magistrate Judge recommends the imposition of post-judgment interest on the total award of $1,309,962 at the statutory rate.[1]

    **Respectfully Submitted,**

                                            **s/Edward G. Bryant**
                                            EDWARD G. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Postjudgment interest is governed by 28 U.S.C. § 1961. Interest should be awarded from the date of entry of judgment, and at the rate "equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors for the Federal Reserve system, for the calendar week preceding the date of the judgment." The applicable rate can be found at the following address: http://www.federalreserve.gov/releases/H15/current/.

Date: **September 23, 2013**

ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATIONS MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATIONS. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.