IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

COACH INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.        No. 12-1274

OUR LITTLE SECRET, *et al.*,

    Defendants.

_____

ORDER
_____

On March 15, 2013, the Plaintiffs moved for a default judgment against two of the Defendants in this matter, Our Little Secret and Ramiah McDougal. (D.E. 15.) The motion was referred to the magistrate judge. (D.E. 16.) On September 5, 2013, a stipulation of dismissal was filed as to Our Little Secret and Defendant Debbie Lewis Stockdale. (D.E. 18.) Four days later, the magistrate judge entered a report and recommendation recommending that default judgment be entered against McDougal, who was the only remaining named Defendant. (D.E. 19.) In their motion for default judgment, the Plaintiffs also requested interest, costs and attorneys' fees. Upon Plaintiffs' filing of a separate motion for such additional funds, to which was appended an affidavit setting forth the specific amounts requested (D.E. 22), the magistrate judge entered a supplemental report and recommendation on September 23, 2013 recommending that the requested amounts be awarded. (D.E. 23.) To date, objections have been filed neither to the report and recommendation nor to the supplemental report and recommendation. *See* Fed. R. Civ. P. 72(b) (objections to the magistrate judge's recommendation are to be filed and served within fourteen days after service of a copy of the recommended disposition). Upon review of the reports and motion papers, the report

and recommendation and the supplemental report and recommendation are hereby ADOPTED in their entireties.

    IT IS SO ORDERED this 25th day of October 2013.

                                            s/ J. DANIEL BREEN
                                            CHIEF UNITED STATES DISTRICT JUDGE