# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### DEFAULT JUDGMENT IN A CIVIL CASE

COACH INC. and COACH SERVICES INC., ,

Plaintiffs,

CASE NUMBER: 1:12-cv-1274-JDB-egb

v.

OUR LITTLE SECRET, ET AL,

Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 10/25/2013, Default Judgment is hereby entered against Defendant, Ramiah McDougal in the amount of $1,300,000.00. It is also ORDERED that attorney's fees in the amount of $9,612.50 and litigation costs in the amount of $350.00 be granted. It is therefore ORDERED that the imposition of post-judgment interest at the satutory rate on the total of $1,309, 962.00 be awarded.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

THOMAS M. GOULD
CLERK

BY: s/ Evelyn Cheairs
DEPUTY CLERK