# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

COACH INC. and COACH SERVICES INC., ,

Plaintiffs,

CASE NUMBER: 1:12-cv-1274-JDB-egb

v.

**OUR LITTLE SECRET, ET AL,**

Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered in the above-styled matter on 9/5/2013, this matter is hereby dismissed with prejudice as to Defendants, Debbie Lewis Stockdale and Our Little Secret.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**